IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V.                                                       ) | CR. NO. 04-0230-CG |
| ) | |
| PAUL DANIEL GARNER,                    ) | |
| ) | |
| Defendant.                                   ) | |

## ORDER

This matter came on for a competency hearing on April 29, 2005, at which the United States and the Defendant advised they would rely on the forensic report submitted by the federal medical facility, and defense counsel proffered testimony of defendant's family members.

The court accepts the proffered testimony and, relying on the report of the Bureau of Prison's Forensic Evaluation dated March 18, 2005, finds that the defendant, Paul Daniel Garner, is competent to stand trial.

Trial of this action is **RESCHEDULED** for the June 2005 criminal trial term, with jury selection to be held on May 31, 2005. The Clerk is directed to refer this matter to the appropriate Magistrate Judge to schedule a pretrial conference.

**DONE and ORDERED** this 29th day of April, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE